**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DANIEL EFRAIN MEDINA SALIC,

     Petitioner,

v.                                                                  No. 2:26-cv-0745-MLG-LF

MARY DE ANDA-YBARRA, in her official capacity
as Director of U.S. Immigration and Customs Enforcement
and Removal Operations, et al.,

     Respondents.

**ORDER FOR REPORT REGARDING STATUS OF PETITIONER
AND SUPPLEMENTAL BRIEFING AS TO MOOTNESS**

This matter comes before the Court sua sponte. On May 20, 2026, Petitioner Daniel Efrain Medial Salic's order of removal became final when the Board of Immigration Appeals ("BIA") dismissed his appeal. Doc. 10 at 1-2. On June 16, 2026, Respondents filed an emergency motion requesting the Court to lift its previous injunction regarding transfer to effectuate Medina Salic's scheduled deportation and removal in the next two weeks. Doc. 10 at 2; Doc. 4 at 3-4. The Court issued an order lifting the injunction on transfer and required that Respondents provide a status report regarding Medina Salic's status by July 2, 2026. Doc. 11. Respondents complied with the Court's Order. *See* Doc. 13. As of July 2, 2026, Medina Salic was still in detention in Camp East Montana in El Paso, Texas and his removal flight was scheduled for July 6, 2026. *Id.* at 1. No other notices have been filed regarding the status of Medina Salic's removal.

Respondents are hereby ordered to file a report with the Court providing the custodial status of Medina Salic by July 21, 2026. If Medina Salic has been removed from the United States, the

report shall provide the date of his deportation and address whether the pending Petition for Writ of Habeas Corpus, Doc. 1, is moot.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA